**88-554.** Van Wie v. Kreppner. *Cuyahoga County,* No. 53352. Reported at 37 Ohio St. 3d 710, ____ N.E. 2d ____. Rehearing denied.

**88-786.** Dayton v. Kuntz. *Montgomery County,* No. 10513. Reported at 37 Ohio St. 3d 713, ____ N.E. 2d ____. Rehearing denied.

Moyer, C.J., dissents.

**87-852.** Cleveland Elec. Illum. Co. v. Cleveland. *Cuyahoga County,* No. 51951. Reported at 37 Ohio St. 3d 50, 524 N.E. 2d 441. Rehearing denied.

Locher, Holmes and H. Brown, JJ., dissent.